# MINUTES

```
                              FILED IN THE
                       UNITED STATES DISTRICT COURT
                           DISTRICT OF HAWAII
                          12/22/2005 4:30 PM
                          SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 04-00132JMS

**CASE NAME:** United States of America   vs. (01) James Elliott

**INTERPRETER:**

---

**JUDGE:** JUDGE J. MICHAEL SEABRIGHT     **REPORTER:** SHARON ROSS

**DATE:** 12/22/2005                      **TIME:** 3:00:00 PM

                                          **ROOM:** AHA KAULIKE

---

**COURT ACTION:** EO

Continued : [Sentencing to Count 1 of the Indictment as to Defendant (01) James Elliott
] from 01/17/2006 03:00 PM to 04/20/2006 03:00 PM before JMS.

Notified:  Edric Ching, Shanlyn Park, US Marshals,
US Probation, Pretrial Services.


Submitted by: Dottie Miwa, Courtroom Manager