ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      shanlyn_park@fd.org

Attorney for Defendant
JAMES ELLIOTT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00132 JMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO STAY MITTIMUS PENDING |
| vs. ) | SELF-SURRENDER |
| ) | |
| JAMES ELLIOTT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER TO
STAY MITTIMUS PENDING SELF-SURRENDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the mittimus shall be and the same is hereby stayed for approximately one month, from Wednesday, May 31, 2006, to and until Friday, June

30, 2006, before 2:00 p.m.  This stipulation results from the fact that the United States Marshals Service has advised that they have not yet received a designation for Mr. Elliott.  Due to the Memorial Day holiday falling on the last weekend in May, it may be difficult to obtain travel arrangements without sufficient time.

    IT IS SO STIPULATED:

    DATED:   Honolulu, Hawaii, May 10, 2006.

                          /s/ Shanlyn A.S. Park
                          SHANLYN A.S. PARK
                          Attorney for Defendant
                          JAMES ELLIOTT

                          /s/ Darren Ching
                          DARREN CHING
                          Attorney for Plaintiff
                          UNITED STATES OF AMERICA

                          /s/ Anthony L. Barry
                          ANTHONY L. BARRY
                          U.S. PRETRIAL SERVICES

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, May 15, 2006

_____
J. Michael Seabright
United States District Judge

UNITED STATES v. JAMES ELLIOTT
CR. NO. 04-00132 JMS
STIPULATION AND ORDER TO STAY MITTIMUS
PENDING SELF-SURRENDER